JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KELLY, | Case No. 5:23-02168 HDV (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, the Court adjudges the above-captioned case dismissed with pursuant to Federal Rule of Civil Procedure 41(b)

DATED: 10/02/24

_____
THE HONORABLE HERNAN D. VERA
United States District Judge